In the Matter of MAX BROWN, an Attorney.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of EDWARD H. REYNOLDS, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of ARTHUR N. SAGER, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of JOSEPH SHALLECK, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANCESCO BERTOLLI, a Corporation, Respondent, v. NAZARENO PICCHIONE, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SHERWOOD SHOE COMPANY, Respondent, v. BELGIAN LEATHER CORPORATION, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE H. SHERMAN, Appellant, v. INTERNATIONAL PUBLICATIONS, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents and votes for reversal.

In the Matter of EDGAR BRAMSON, an Incompetent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHRIST ALVANOS and Others, Respondents, v. FRED SPIRER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of HERMAN S. WHALEY, Respondent, for an Order of Peremptory Mandamus against FRANCES PERKINS, Individually and as Industrial Commissioner of the New York State Department of Labor, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes for reversal.

THEONA BENJOU, Respondent, v. GUS BENJOU, Appellant.— Order reversed, without costs of appeal, and motion granted on payment of twenty-five dollars costs and ten dollars costs of motion at Special Term to the plaintiff. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ISAAC LOEB STRAUSS and Others, Respondents, v. NATIONAL SURETY COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.